IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SALOMON SANCHEZ NUNEZ,

     Plaintiff,

v.                                           No. 1:18-cv-01243-JDB-tmp

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
PLAINTIFF'S COMPLAINT
_____

Before the Court is the January 9, 2019, report and recommendation of Magistrate Judge Tu M. Pham, advising that the complaint of Plaintiff, Salomon Sanchez Nunez be dismissed for lack of subject matter jurisdiction.  (Docket Entry 6.)  As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the findings and conclusions of the magistrate judge are hereby ADOPTED.

IT IS SO ORDERED this 28th day of January 2019.

                                   s/ J. DANIEL BREEN
                                   UNITED STATES DISTRICT JUDGE